# EXHIBIT E

## ASSIGNMENT OF COLLATERAL AGREEMENTS
## AND OTHER LOAN DOCUMENTS

Pursuant to that certain Multifamily Loan and Security Agreement dated as of the date hereof, executed by and between **GNM II, LLC**, a Delaware limited liability company ("**Borrower**") and **BERKELEY POINT CAPITAL LLC**, a Delaware limited liability company ("**Lender**") (as amended, restated, replaced, supplemented or otherwise modified from time to time, the "**Loan Agreement**"), Lender has agreed to make a loan to Borrower in the original principal amount of Four Million One Hundred Thousand and No/100 Dollars ($4,100,000.00) (the "**Mortgage Loan**"), as evidenced by that certain Multifamily Note dated as of the date hereof, executed by Borrower and made payable to Lender in the amount of the Mortgage Loan.

Lender hereby assigns to Fannie Mae, a corporation duly organized under the Federal National Mortgage Association Charter Act, as amended, 12 U.S.C. Section 1716 et seq. and duly organized and existing under the laws of the United States ("**Fannie Mae**") all right, title and interest of Lender in the Loan Documents, including but not limited to the Loan Documents listed on <u>Exhibit A</u> hereto, executed in connection with the Mortgage Loan.

This Assignment is given in connection with, and in consideration of, Fannie Mae's purchase of the Mortgage Loan made by Lender to Borrower, and for other good and valuable consideration, the receipt and sufficiency of which are acknowledged.

Capitalized terms used and not specifically defined herein shall have the meanings given to such terms in the Loan Agreement.

### [Remainder of Page Intentionally Blank]

**IN WITNESS WHEREOF**, Lender has signed and delivered this Assignment under seal (where applicable) or has caused this Assignment to be signed and delivered under seal (where applicable) by its duly authorized representative as of _July 6_, 2012. Where applicable law so provides, Lender intends that this Assignment shall be deemed to be signed and delivered as a sealed instrument.

**LENDER:**

**BERKELEY POINT CAPITAL LLC**
a Delaware limited liability company

By: _____ (SEAL)
    Douglas C. Blake
    Officer

By: _____ (SEAL)
    Megan M. Murphy
    Officer

# EXHIBIT A
## TO
## ASSIGNMENT OF COLLATERAL AGREEMENTS
## AND OTHER LOAN DOCUMENTS

1.  Multifamily Loan and Security Agreement dated as of July ___6___, 2012, by and between Borrower and Lender.

2.  Assignment of Management Agreement dated as of July ___6___, 2012, by and among Borrower, Lender and the Manager named therein

3.  Subordination, Non-Disturbance and Attornment Agreement dated as of July ___6___, 2012, by and among Lender, Borrower and Mac-Gray Services, Inc.

4.  Environmental Indemnity Agreement dated as of July ___6___, 2012 from Borrower to Lender.

5.  Guaranty of Non-Recourse Obligations dated as of July ___6___, 2012 from Lawrence Deovlet and Rockingham Family Limited Partnership to Lender.

6.  Any other documents executed in connection with the Mortgage Loan.

---

**Form 6402**
01-11

**Page A-1**
© 2011 Fannie Mae

## ENDORSEMENT

## TO MULTIFAMILY NOTE

Dated as of __July 6__, 2012,

given by

## GNM II, LLC,
a Delaware limited liability company

to

## BERKELEY POINT CAPITAL LLC
a Delaware limited liability company

in the original principal amount of $__4,100,000.00__

---

Pay to the order of __FANNIE MAE__, without recourse.

**BERKELEY POINT CAPITAL LLC**

a Delaware limited liability company

By: _____(SEAL)
Douglas C. Blake
Officer

By: _____(SEAL)
Megan M. Murphy
Officer

Date: as of July 6, 2012

1000 M. Street, N W , Suite 400
Washington, D C  20036

*Filed July 6, 2012*
*in RLPY 4301,*
*PF 815 in the Probate*
*Office of Montgomery*
*County, AL.*

## ASSIGNMENT OF MORTGAGE

### ROCKINGHAM MANOR
### MONTGOMERY COUNTY, ALABAMA

**FOR VALUE RECEIVED**, and for and in consideration of the sum of Ten Dollars ($10.00) in hand paid and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, **BERKELEY POINT CAPITAL LLC**, a Delaware limited liability company (the "Assignor") whose address is One Beacon Street, 14th Floor, Boston, Massachusetts 02108, as of July 6, 2012, does hereby sell, assign, transfer, set over and deliver unto **FANNIE MAE**, a corporation organized and existing under the laws of the United States of America (the "Assignee"), whose address is c/o BERKELEY POINT CAPITAL LLC, One Beacon Street, 14th Floor, Boston, Massachusetts 02108, all of its right, title and interest in, to and under the following:

> That certain Multifamily Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from **GNM II, LLC**, a Delaware limited liability company (the "Borrower"), to **BERKELEY POINT CAPITAL LLC**, a Delaware limited liability company (as the "Lender" therein), dated as of even date herewith, and recorded on the same date as this Assignment of Mortgage is recorded in the Records of Montgomery County, Alabama describing certain real estate located in Montgomery County, Alabama, and more particularly described in Exhibit "A" attached hereto and made a part hereof (the "Security Instrument")  The Security Instrument secures a certain Multifamily Note dated of even date herewith, from the Borrower to the Lender in the original principal amount of Four Million One Hundred Thousand and No/100 Dollars ($4,100,000.00), which Multifamily Note has also been endorsed and delivered this date from the Assignor to the Assignee

### [DOCUMENT EXECUTION AND ACKNOWLEDGMENT
### OCCUR ON THE FOLLOWING PAGE]

RLPY 04301 PAGE 0816

2

IN WITNESS WHEREOF, the Assignor has, as of the date and year first above written, caused this Assignment of Mortgage to be executed, acknowledged and delivered on its behalf by its duly authorized officer.

**ASSIGNOR**

**BERKELEY POINT CAPITAL LLC**
a Delaware limited liability company

By: _____ (SEAL)
Douglas C. Blake
Officer

By: _____ (SEAL)
Megan M. Murphy
Officer

**ACKNOWLEDGMENT**

STATE OF _Maryland_                    )
                                       ) ss.
COUNTY OF _Montgomery_                 )

The foregoing instrument was acknowledged before me this _25_ day of June, 2012, by Douglas C Blake and Megan M Murphy, Officers on behalf of BERKELEY POINT CAPITAL LLC, a Delaware limited liability company.

My Commission Expires:
_3/20/2016_                    _Stephanie E. Jickey_
                               Notary Public

RLPY 04301 PAGE 0817

3

## EXHIBIT A

PARCEL #1
LEGAL DESCRIPTION - AS RECORDED

**LOT: 11, BLOCK: 10** OF THE MAP OF A RESUBDIVISION OF BLOCKS 8, 9, 10, 11, 12 & 13 OF THE
PLAT OF EDGEWOOD, AS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE,
MONTGOMERY COUNTY, ALABAMA IN PLAT BOOK 7 AT PAGE 4.

PARCEL #2
LEGAL DESCRIPTION - AS RECORDED

**LOT: 12, BLOCK: 10** OF THE MAP OF A RESUBDIVISION OF BLOCKS 8, 9, 10, 11, 12 & 13 OF THE
PLAT OF EDGEWOOD, AS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE,
MONTGOMERY COUNTY, ALABAMA IN PLAT BOOK 7 AT PAGE 4.

PARCEL #3
LEGAL DESCRIPTION - AS RECORDED

**LOT: "G", BLOCK: 10** OF THE MAP OF RE-SUB OF EDGEWOOD OF LOT 17, BLOCK 5 AND LOTS C,
D, & E, BLOCK 10, AS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE, MONTGOMERY
COUNTY, ALABAMA IN PLAT BOOK 6 AT PAGE 61

PARCEL #4
LEGAL DESCRIPTION - AS RECORDED

**LOT: "H", BLOCK: 10** OF THE MAP OF RE-SUB OF EDGEWOOD OF LOT 17, BLOCK 5 AND LOTS C,
D, & E, BLOCK 10, AS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE, MONTGOMERY
COUNTY, ALABAMA IN PLAT BOOK 6 AT PAGE 61

PARCEL #5
LEGAL DESCRIPTION - AS RECORDED

**LOT: "D"** OF THE MAP OF AUDUBON RESUB OF THE EAST 200' OF LOT 50 AND THE EAST 200'
OF THE SOUTH 120' OF LOT 49 OF THE PLAT OF SOUTH CLOVERDALE NO 2, AS RECORDED IN
THE OFFICE OF THE JUDGE OF PROBATE, MONTGOMERY COUNTY, ALABAMA IN PLAT BOOK 13

RLPY 04301 PAGE 0818

4

PARCEL #6
LEGAL DESCRIPTION - AS RECORDED

LOT: "E" OF THE MAP OF CARTER'S RESUBDIVISION NO 4 BEING A PORTION OF LOTS 48 AND
49 OF SOUTH CLOVERDALE NO 2, AS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE,
MONTGOMERY COUNTY, ALABAMA IN PLAT BOOK 20 AT PAGE 200.

PARCEL #7
LEGAL DESCRIPTION - AS RECORDED

LOT: 22, BLOCK: 19 OF THE MAP OF A RESUBDIVISION OF BLOCKS 8, 9, 10, 11, 12 & 13 OF THE
PLAT OF EDGEWOOD, AS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE,
MONTGOMERY COUNTY, ALABAMA IN PLAT BOOK 7 AT PAGE 4.

PARCEL #8
LEGAL DESCRIPTION - AS RECORDED

LOT: 23, BLOCK: 19 OF THE MAP OF A RESUBDIVISION OF BLOCKS 8, 9, 10, 11, 12 & 13 OF THE
PLAT OF EDGEWOOD, AS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE,
MONTGOMERY COUNTY, ALABAMA IN PLAT BOOK 7 AT PAGE 4.

PARCEL #9
LEGAL DESCRIPTION - AS RECORDED

LOT: 24, BLOCK: 19 OF THE MAP OF A RESUBDIVISION OF BLOCKS 8, 9, 10, 11, 12 & 13 OF THE
PLAT OF EDGEWOOD, AS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE,
MONTGOMERY COUNTY, ALABAMA IN PLAT BOOK 7 AT PAGE 4.

PARCEL #10
LEGAL DESCRIPTION - AS RECORDED

LOTS: 7, 8, 9 AND 10, BLOCK: 10 OF THE MAP OF A RESUBDIVISION OF BLOCKS 8, 9, 10, 11, 12
& 13 OF THE PLAT OF EDGEWOOD, AS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE,
MONTGOMERY COUNTY, ALABAMA IN PLAT BOOK 7 AT PAGE 4.

STATE OF ALA.MONTGOMERY CO
I CERTIFY THIS INSTRUMENT WAS FILED ON
RLPY 04301 PG 0815-0818 2012 Jul 06 04 03PM
REESE MCKINNEY JR
JUDGE OF PROBATE

| | |
|---|---|
| INDEX | $5 00 |
| REC FEE | $10 00 |
| CERT | $1 00 |
| CHECK TOTAL | $16 00 |