```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602028500
Cashier ID: khaynes
Transaction Date: 09/27/2013
Payer Name: JONES WALKER WAECHTER
--------------------------------
CIVIL FILING FEE
 For: JONES WALKER WAECHTER
 Case/Party: D-ALM-2-13-CV-000700-001
 Amount:         $400.00
--------------------------------
CHECK
 Check/Money Order Num: 6153863
 Amt Tendered:   $400.00
--------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

2:13-cv-700-WC


FEDERAL NATIONAL MORTGAGE
ASSOCIATION V. GNM II LLC ET AL
```