IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

v.

CASE NO. 2:13-cv-00700-WC

GNM II, LLC, a limited liability company, et al,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>LAWRENCE DEOVLET</u>, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                <u>Relationship to Party</u>

11/18/2013
Date

(Signature)

**Bingham D. Edwards**
(Counsel's Name)

**LAWRENCE DEOVLET**
Counsel for (print names of all parties)
123 LEE STREET NE
DECATUR, AL 35601
Address, City, State Zip Code
256-353-6323
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, BINGHAM D. EDWARDS, do hereby Certify that a true and correct copy of the foregoing has been furnished by ELECTRONIC MAIL / US MAIL (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18TH day of NOVEMBER 2013 to:

HON. C. ELLIS BRAZEAL, III, JONES WALKER LLP, 1819 5TH AVE N, SUITE 1100

BIRMINGHAM, AL 35203

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, ONE TOWER SQUARE,

HARTFORD, CT 06183-0001

11/18/2013
Date

Signature